UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WARREN SMITH,

              Plaintiff,

  - against -

BJ'S WHOLESALE CLUB, INC.,

              Defendant.

23-cv-1267 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to serve the petition for removal on the plaintiff and file proof of service on the docket by **June 6, 2023**. The plaintiff may respond to the petition for removal by **July 4, 2023**. The defendant may reply by **August 1, 2023**.

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                              _____
                                              John G. Koeltl
                                          United States District Judge