```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

WARREN SMITH,

               Plaintiff,

              23-cv-1267 (JGK)

    - against -

              ORDER

BJ'S WHOLESALE CLUB, INC.,

               Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the petition for removal is extended to **July 24, 2023**. The time for the defendant to reply is extended to **August 21, 2023**.

    The defendant is directed to serve a copy of this Order on the plaintiff and to file proof of service on the docket.

**SO ORDERED.**

Dated:    New York, New York
           July 10, 2023

                                            _____
                                                John G. Koeltl
                                      United States District Judge