UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WARREN SMITH,

                              Plaintiff,                        23-CV-01267 (JGK)

         -against-                                    **ORDER RE-SCHEDULING
                                                          PRE-SETTLEMENT
BJ'S WHOLESALE CLUB, INC.,                       CONFERENCE CALL**

                              Defendant.
-------------------------------------------------------------------X
BJ'S WHOLESALE CLUB, INC.,

                              Third-Party Plaintiff,

         -against-

ALL-TEMP REFRIGERATION & AIR
CONDITIONING CORP.

                              Third-Party Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

        The pre-settlement conference call in this matter is hereby re-scheduled for **Wednesday, May 1, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
               April 12, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge